1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DANIEL NEAL,

11          Plaintiff,                    No. CIV S-08-0365 WBS DAD P

12      vs.

13   UNKNOWN,

14          Defendant.                    ORDER

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19          On May 23, 2008, the magistrate judge filed findings and recommendations

20   herein which were served on plaintiff and which contained notice to plaintiff that any objections

21   to the findings and recommendations were to be filed within twenty days.  Plaintiff has filed a

22   document which he entitles objections to the findings and recommendations, but which consists

23   of complaints about such extraneous subjects as the alleged theft and misuse of digital satellite

24   radio patents, misuse of tax revenues, alleged Wall Street crimes in progress, nuclear technology,

25   the bombing of the United States Courthouse in Oklahoma City, and the attack of September 11,

26   2001 .

1

1        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

2   304, this court has conducted a de novo review of this case.  Having carefully reviewed the

3   entire file, the court finds the findings and recommendations to be supported by the record and

4   by proper analysis.

5

6        Accordingly, IT IS HEREBY ORDERED that:

7        1.  The findings and recommendations filed May 23, 2008, are adopted in full;

8        2.  THIS ACTION IS DISMISSED WITHOUT PREJUDICE TO

9   PLAINTIFF FILING A HABEAS CORPUS ACTION.

10   DATED:  June 18, 2008

11   _____

    WILLIAM B. SHUBB
12   UNITED STATES DISTRICT JUDGE

13

14

15

16   /neal0365.804

17

18

19

20

21

22

23

24

25

26